IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRA CARROLL,
    Plaintiff,

vs.                                       Case No.: 3:19cv476/RV/EMT

FLORIDA STATE HOSPITAL, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 19, 2020 (ECF No. 8). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections under Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief can be granted.

3. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

4.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of April 2020.


/s/ Roger Vinson                                  /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**